UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ALEX HARRIS

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __Alex Harris_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

___  Conference Before a Judicial Officer

/s/Alex Harris
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Alex Harris**
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Calvin H. Scholar**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

February 4, 2021
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge